```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
         TAMPA DIVISION
```

LAUREN RUDDOCK,

    Plaintiff,

v.                            Case No: 8:21-cv-3022-VMC-AEP

BEVSTRAT LLC,

    Defendant.
_____/

**AGREED ORDER**

**THIS CAUSE** having come before the Court upon Plaintiff, LAUREN RUDDOCK's and Defendant, BEVSTRAT, LLC's, Joint Stipulation to Motion for Remand Case to State Court, and with this Court having been otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that this matter is **REMANDED** to the Thirteenth Judicial Circuit in and for Hillsborough County, Florida previously pending under case number 21-CA-009183, with each party to bear its own fees and costs. After remand, the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Tampa, Florida, this 19th day of August, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

```
Conformed copies sent to:
All counsel of record
```